78,030-01

TO: LOUISE PEARSON, CLERK
    COURT OF CRIMINAL APPEALS
    SUPREME COURT BUILDING
    P.O. BOX 12308 CAPITOL STATION
    AUSTIN, TEXAS 78711

DATE: 2/12/2015

FROM: DAVID RONALD ROLAND
    TDCJ-ID#01494428
    DALHART UNIT
    11950 F.M. 998
    DALHART, TEXAS 79022

    IN RE: CAUSE NUMBER 07-CR-0672-83,122ND JUDICIAL DISTRICT
           COURT ,GALVESTON COUNTY, TEXAS

Dear Clerk,

   I am writing this submissive in hopes of obtaining a copy of
my reporter's records and transcripts of my Post Conviction Habeas
Corpus. Could you inform me of the number of pages and the cost of
said copies ? I can be reached at the above listed address. Your
efforts in this urgent matter are greatly appreciated.

                                      Sincerely,

                                      David Ronald Roland
                                      TDCJ-ID#01494428

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 17 2015

Abel Acosta, Clerk